IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN L. JONES,

        Plaintiff,                CV F 99 5546 REC WMW   P

   vs.                     ORDER RE MOTION (DOC 92)

CAPT. MARSHALL,  et al.,

        Defendants.

_____/

      Defendants have requested an extension of time in which to file a motion for summary judgment.  Defendants have shown good cause.  Defendants are therefore granted an extension of time to April 29, 2005, in which to file a motion for summary judgment.

IT IS SO ORDERED.

**Dated:  May 2, 2005**                **/s/  William M. Wunderlich**
mmkd34                        UNITED STATES MAGISTRATE JUDGE

1