IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN JONES,

       Plaintiff,                        CV F 99 5546 REC WMW   P

  vs.                                    ORDER RE MOTION (DOC 103 )

CAPT. MARSHALL, et al.,

       Defendants.

On May 18, 2005, Plaintiff filed a motion for extension of time in which to file an opposition to the motion for summary judgment.  On May 25, 2005, Plaintiff timely filed opposition to the motion.  Plaintiff's motion for an extension of time is therefore denied as moot.

IT IS SO ORDERED.

**Dated:   January 12, 2006**               **/s/  William M. Wunderlich**
mmkd34                                  UNITED STATES MAGISTRATE JUDGE

1