IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN JONES,

    Plaintiff,                    CV F 99 5546 REC WMW   P

  vs.                              ORDER RE MOTION (DOC 92 )

A. BRADISH, et al.,

    Defendants.

On April 21 2005, Plaintiff filed a motion for extension of time in which to file an opposition to the motion for summary judgment. On May 25, 2005, Plaintiff timely filed opposition to the motion. Plaintiff's motion for an extension of time is therefore denied as moot. IT IS SO ORDERED.

**Dated:   March 8, 2006**                /s/  **William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE

1